■ BERNARD GELBARD, Respondent, v A. KIRK BODARY, Appellant. (Appeal No. 2.) [705 NYS2d 910] —Appeal unanimously dismissed without costs as moot (*see, Gelbard v Bodary,* 270 AD2d 866 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Polito, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.